**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 02-7608**

—————

DOUGLAS LEE HUSKETH,

Plaintiff - Appellant,

versus

THEODIS BECK; MICHAEL S. HAMDEN,

Defendants - Appellees.

—————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-02-583-5-BO)

—————

Submitted: January 16, 2003        Decided: January 24, 2003

—————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Douglas Lee Husketh, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Douglas Lee Husketh appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Husketh v. Beck, No. CA-02-583-5-BO (E.D.N.C. Sept. 17, 2002). We deny Husketh's "motion requesting this court to direct the Department of Corrections to tax Plaintiff's trust fund for cost of suit." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2